# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM AHLIN,<br><br>        Defendant.<br>_____/ | Case No. 1:15-cv-01301-SKO (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff Earl Simpson, a civil detainee proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983 on August 20, 2015. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated: __**August 25, 2015**__                 **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE