**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01301-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 6)<br><br>**TWENTY (20) DAY DEADLINE** |

　　　　Plaintiff Earl Simpson ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 16, 2016, the Court dismissed Plaintiff's complaint with leave to amend within thirty (30) days. (ECF No. 6.) Plaintiff was expressly warned that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed, with prejudice, for failure to obey a court order and failure to state a claim. (Id. at pp. 5-6.) The deadline for Plaintiff to file an amended complaint or a notice of voluntary dismissal has passed, and he has not complied with or otherwise responded to the Court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, **within twenty (20) days** of service of this order, why this action should not be dismissed based on Plaintiff's failure to

1

comply with the Court's September 16, 2016 order, and for his failure to state a claim and failure to prosecute.

IT IS SO ORDERED.

Dated: **October 27, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE